UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | **Case Nos.** EDCV 14-00845-VAP **EDCR 08-00014-VAP** |
| Plaintiff/Respondent, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| OMAR LOPEZ-ZAMORAN, | ) ) | |
| Defendant/Movant. | ) ) | |
| _____ | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

*Virginia A. Phillips*

Dated: October 2, 2014 _____

_____

United States District Judge